December 18, 1981.

447 A.2d 636

Stahl, Appellant v. Stahl.

Reargument Denied July 2, 1982.

Argued November 10, 1980. Leonard E. Stahl appellant, in propria persona; Myron J. Markovitz, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.